UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 10-cr-102-03-JD

<u>Anthony C. Parry</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 26) filed by defendant Parry is granted.  As co-defendant Sandiford has also agreed to a continuance, trial is continued as to both defendants to the two-week period beginning February 15, 2011, 9:30 AM.

    Defendant Parry shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                             */s/ Joseph A. DiClerico, Jr.*
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date:  December 1, 2010

cc:  Donald Kennedy, Esq.
     Simon Brown, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation